IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>CORBIN L. LAMBERT,<br><br>           Defendant. | 4:20CV3116<br><br>ORDER |

This matter is before the Court on the Securities and Exchange Commission's ("SEC") unopposed motion for final judgment (Filing No. 25). Defendant Corbin L. Lambert ("Defendant") has consented (Filing No. 24) to the Court's jurisdiction and to the entry of final judgment without admitting or denying the allegations in the Complaint (Filing No. 1), with limited exceptions.

In light of the foregoing,

IT IS ORDERED:

1. The SEC's unopposed motion for final judgment (Filing No. 25) is granted.
2. Final judgment will be entered as to defendant Corbin L. Lambert in accordance with the parties' settlement agreement.

Dated this 24th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge